# ATTACHMENTS #1-11

**(Will be provided by disc to the Court and Defense Counsel)**