# ATTACHMENTS #1-12

**(Will be provided by disc to the Court and Defense Counsel)**